[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 7, 2010
JOHN LEY
CLERK

No. 09-15409
Non-Argument Calendar

_____

D. C. Docket No. 97-00219-CR-ORL-22-DAB

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CURTIS LESTER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(April 7, 2010)

Before CARNES, MARCUS and COX, Circuit Judges.

PER CURIAM:

James W. Smith, III, appointed counsel for Curtis Lester in this appeal, has

moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the revocation of Lester's supervised release and corresponding sentence are **AFFIRMED**.